United States District Court
Violation Notice

CVB Location Code: CA76
074601

Violation Number: P 0620376
Officer Name (Print): M. FAHERTY
Officer No.: 1522

P 0620376

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/18/07 / 1605 hrs
Offense Charged: ☐ CFR ☐ USC ☐ State Code — 36 CFR 2.32(a)(1)
Place of Offense: YOSEMITE VILLAGE STORE
Offense Description: INTERFERENCE

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __October 18__, 20_07_ while exercising my duties as a law enforcement officer in the __Eastern__ District of __California__ in Yosemite National Park

At about 1600 hrs, I responded to a report of a shoplifter by DNC Security Officer Rick Garrecht at the Yosemite Village Store. The shoplifter was described as a white male wearing a green sweater and blue ball cap. Garrecht stated the man had stuck a bottle of Jim Beam down his pants and exited the store without paying for it. A man matching Garrecht's description, who later identified himself as Robert L. VANHOOK (d.o.b. _____ ), exited the store on the mall side.
I contacted with DNC Security. VANHOOK denied taking anything without purchasing it. VANHOOK began to go back in the store claiming he was going to show us where he left the bottle of Jim Beam. I told VANHOOK to wait but he continued into the store. About half way through the store VANHOOK began running. I ordered VANHOOK to stop several times but he continued running out into the parking lot where I caught him, forced him to the ground, and handcuffed him with the assistance of Security Officer Dave Stone. Security Officer John Giordanno stated he had observed VANHOOK retrieve a bottle of Jim Beam from his pants and throw it on the ground just before he started running. I am charging VANHOOK with 36 CFR 2.32 (a)(1) interference.

DEFENDANT INFORMATION   Phone: ( NONE )
Last Name: VAN HOOK
First Name: ROBERT
M.I.: L
Street Address: _____
City: MADERA
State: CA
Zip Code: 93620
Date of Birth (mm/dd/yyyy): __
Drivers License No.: A3859135
D.L. State: CA
Social Security No.: ___

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: BRN   Eyes: BRN   Height: 5'07   Weight: 175

VEHICLE DESCRIPTION  VIN:
Tag No.: N/A   State: __   Year: __   Make/Model: __   Color: __

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

ARREST

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____
Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy    NPS 10-50 (Rev. 7-05)

· The foregoing statement is based upon:
  ☒ my personal observation    ☒ my personal investigation
  ☐ information supplied to me from my fellow officer's observation
  ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __10/19/07__  M. Faher___
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

07-1401

**United States District Court**
**Violation Notice**

CVB Location Code: CA76

Violation Number: P 0620377
Officer Name (Print): M. FAHERTY
Officer No.: 1522

P 0620377

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/18/07 / 1605 hrs
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 2.32(a)(3)

Place of Offense: VILLAGE STORE

Offense Description: FALSE INFORMATION

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __October 18__, 20 _07_ while exercising my duties as a law enforcement officer in the __Eastern__ District of __California__ in Yosemite National Park

At about 1605 hrs, I arrested Robert L. VANHOOK (d.o.b. 1      ) for interference and being under the influence of alcohol to a degree that he was a danger to himself, property, or others. When asked by Ranger Gayeski-Peters for personal information so we could identify him, VANHOOK gave his initially gave his date of birth as 12/1/76 and his name as "Kenneth RUSSEL." VANHOOK then changed his birthdate to 12/1/69 but continued to maintain his name was "RUSSEL" until the next day when he admitted to Rangers Mike Michener and Gerry Kelsey that his name was actually Robert L. VANHOOK. VANHOOK told them that he was intentionally trying to mislead Rangers because he knew he had a felony warrant. I am charging VANHOOK with 36 CFR 2.32 (a)(3) false information.

### DEFENDANT INFORMATION
Phone: ( N/A )

Last Name: VAN HOOK
First Name: ROBERT
M.I.: L.
Street Address: 
City: MADERA
State: CA
Zip Code: 93620
Date of Birth (mm/dd/yyyy): 
Drivers License No.: A3859135
D.L. State: CA
Social Security No.: 

☒ Adult  ☐ Juvenile   Sex: ☒ Male  ☐ Female
Hair: BRN   Eyes: BRN   Height: 507   Weight: 175

### VEHICLE DESCRIPTION
VIN:
Tag No.: N/A
State:
Year:
Make/Model:
Color:

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

ARREST

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy   NPS 10-50 (Rev. 7-05)

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/19/07   _M. Faherty_
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

**United States District Court**
**Violation Notice**

07-4601

| Violation Number | Officer Name (Print) | Officer No | CVB Location Code |
|---|---|---|---|
| P 0620379 | M. FAHERTY | 1522 | CA76 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/18/07 / 1605 hrs | 36 CFR 2.30(a)(4) |

Place of Offense: VILLAGE STORE

Offense Description: Shoplifting

P 0620379

**DEFENDANT INFORMATION**   Phone: ( N/A )

| Last Name | First Name | M.I. |
|---|---|---|
| VANHOOK | ROBERT | L. |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| MADERA | CA | 93620 | |

| Drivers License No. | D.L. State | Social Security No. |
|---|---|---|
| A3859135 | CA | |

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair   Eyes   Height 507   Weight 175

**VEHICLE DESCRIPTION**   VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| N/A | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

ARREST

$ _____ Forfeiture Amount
+ $25 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

Original - CVB Copy                                         NPS 10-50 (Rev. 7-05)

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on __October 18__, 20_07_ while exercising my duties as a law enforcement officer in the __Eastern__ District of __California__ in Yosemite National Park

At about 1600 hrs, I responded to a report of a shoplifter by DNC Security Officer Rick Garrecht at the Yosemite Village Store. The shoplifter was described as a white male wearing a green sweater and blue ball cap. Garrecht stated the man had stuck a bottle of Jim Beam down his pants and exited the store without paying for it. A man matching Garrecht's description, who later identified himself as Robert L. VANHOOK, exited the store on the mall side. I contacted VANHOOK with DNC Security. VANHOOK denied taking anything without purchasing it. VANHOOK began to go back in the store claiming he was going to show us where he left the bottle of Jim Beam. About half way through the store VANHOOK began running. I ordered VANHOOK to stop several times but he continued running out into the parking lot where I caught him, forced him to the ground, and handcuffed him with the assistance of Security Officer Dave Stone. Security Officer John Giordanno stated he had observed VANHOOK retrieve a bottle of Jim Beam from his pants and throw it on the ground just before he started running. DNC Security retrieved the bottle valued at $14.65. I am charging VANHOOK with 36 CFR 2.30 (a)(4) Shoplifting.

The foregoing statement is based upon:

☒ my personal observation       ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __10/19/07__   _____
             Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

**United States District Court**

07-1601 **Violation Notice**

CVB Location Code: CA76

Violation Number: P 0620378
Officer Name (Print): M. FAHERTY
Officer No: #1522

P 0620378

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/18/07 / 1605 HRS
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 2.35(c)
Place of Offense: VILLAGE STORE
Offense Description: UIA

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on __October 18__, 20 __07__ while exercising my duties as a law enforcement officer in the __Eastern__ District of __California__ in Yosemite National Park

At about 1600 hrs, I responded to a report of a shoplifter by DNC Security Officer Rick Garrecht at the Yosemite Village Store. The shoplifter was described as a white male wearing a green sweater and blue ball cap. Garrecht stated the man had stuck a bottle of Jim Beam down his pants and appeared intoxicated. A man matching Garrecht's description, who later identified himself as Robert L. VANHOOK, exited the store on the mall side.
I contacted VANHOOK with DNC Security. VANHOOK smelled strongly of alcoholic beverage and had bloodshot eyes. VANHOOK denied taking anything without purchasing it. VANHOOK began to go back in the store claiming he was going to show us where he left the bottle of Jim Beam. I told VANHOOK to wait but he continued into the store. About half way through the store VANHOOK began running. I ordered VANHOOK to stop several times but he continued running out into the parking lot until he ran into a parked car. I caught VANHOOK and forced him to the ground, handcuffing him with the assistance of Security Officer Dave Stone. VANHOOK stated he had consumed two beers that day. At about 1700 hrs, VANHOOK registered a .23 BAC on FST alcosensor #6309. I am charging VANHOOK with 36 CFR 2.35(c) UIA.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: __10/19/07__   __M. Fa...__
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

---

**DEFENDANT INFORMATION**   Phone: ( N/A )

Last Name: VANHOOK
First Name: ROBERT
M.I.: L.
Street Address: 
City: MADERA
State: CA
Zip Code: 93620
Date of Birth (mm/dd/yyyy): 
Drivers License No.: A3859135
D.L. State: CA
Social Security No.: 
☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female
Hair: BRN
Eyes: BRN
Height: 507
Weight: 175

**VEHICLE DESCRIPTION**   VIN:
Tag No.: N/A
State: 
Year: 
Make/Model: 
Color: 

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

ARREST

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.