## UNITED STATES DISTRICT COURT
Eastern   District of   California

JUDGMENT

UNITED STATES OF AMERICA

V.   Case Number: 6:07-mj-00276-WMW

Robert Van Hook   Eric Kersten, A.F.D.
   Defendant's Attorney

THE DEFENDANT:

[X]   Pleaded guilty to counts ONE, TWO and THREE.

*Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:*

| Title & Section | Nature of Offense | Count Number(s) | Date of Offense |
|---|---|---|---|
| 36 CFR 2.32 (a)(1) | Interfering with Agency Function | One | 10/18/2007 |
| 36 CFR 2.32 (a)(1) | False Information | Two | 10/18/2007 |
| 36 CFR 2.30 (a)(4) | Shoplifting | Three | 10/18/2007 |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment.

*It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.*

*Defendant's Soc. Sec. Number:*   October 19, 2007
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   *Date of Imposition of Sentence*

*Defendant's mailing address:*

   /s/ William M. Wunderlich
   *Signature of Judicial Officer*
Madera, CA 93620

   William M. Wunderlich
*Defendant's residence address:*   U.S. Magistrate Judge
   *Name and Title of Judicial Officer*

Madera, CA 93620   *Date:* October 19, 2007

AO 245S Modified (3/90) Sheet 4 - Probation

*Judgment--Page  2  of  2*

*Defendant:* Robert L. Van Hook
*Case Number:* 6:07-mj-00276-WMW

## PROBATION

*The defendant is hereby placed on unsupervised probation for a term of:*

>12 Months.

*While on probation, the defendant shall not commit another federal, state, or local crime and shall not illegally possess controlled substances. The defendant shall comply with the following additional conditions:*

*1. Serve 20 days custody pursuant to 18 USC 3563(b)(10) with credit for two days served for a total of 18 days. Court recommends that defendant serve time concurrently with any time served for Madera County. Court further recommends that defendant serve time in Madera County Jail.*

*2. The defendant shall pay a penalty assessment of $30.00. Payment shall be forwarded to The Clerk's Office, 501 "I" St. Sacramento, CA 95814-2322.*

*3.The defendant shall pay restitution in the amount of $145 to Delaware North Corporation. Restitution shall be forwarded to The Clerk's Ofiice, 501 "I" St. Sacramento, CA 95814-2322..*

*4. The defendant shall not enter Yosemite National Park unless to attend meeting with attorney or court date.*